# TRIAL COURT OFFICIAL'S

# REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FAX TO: CATHY S. LUSK, 12TH COURT OF APPEALS, TYLER, AT 903-593-1193

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
10/22/2015 9:41:16 PM
PAM ESTES
Clerk

Court of Appeals No. (If Known):


Trial Court Style:    State of Texas vs. Kirschen Cross

Trial Court & County:   241st Judicial District Court, Smith County, Texas

Trial Court No.:   241-1642-14


Date Court Reporter's/Recorder's Record Due:   October 21, 2015


Anticipated Number of Pages of Record:   400 - 600


I am responsible for preparing a record in this appeal, but I am unable to file the record by the original due date for the following reason(s): (check all that apply- - attach additional pages if necessary)

[ ] to the best of my knowledge, the Appellant has made no claim of indigence and has failed to

either pay the required fee or to make arrangements to pay the fee for preparing the record.


[x] my duties listed below preclude working on this record:

State v. James Calvert

(As I know you are all aware, that was an extremely long trial with extensive pretrial hearings.

 Right now that record is 174 volumes not counting exhibit volumes.)

[] Other, (explain):

I request an additional 16 days, or until November the 6th, 2015.

In compliance with Tex.R.App.P.9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the Trial Court's judgment of order being appealed.  I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

Date: 10-22-2015

/s/Christy Humphries, CSR, RPR

Christy G. Humphries, CSR

Official Court Reporter

241st Judicial District Court

903-590-1636

Texas Rule of Appellate Procedure 9.5(e) reads:

*Certificate requirements*: A certificate of service must be signed by the person who

made the service and must state:


(1) the date and manner of service;

(2) the name and address of each person served; and

(3) if the person served is a party's attorney, the name of the party represented by that

attorney.


The following parties have been served with a copy of this document to Lead Counsel for


APPELLANT(S):              Counsel for APPELLEE(S)

Mr. Reeve Jackson          Mr.  Mike West

Attorney at Law             Assistant District Attorney

112 E. Line Street           Smith County District Attorney's Office

Suite 310                    100 N. Broadway, Fourth Floor

Tyler, Texas  75702         Tyler, Texas 75702

via email                    via email